IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                        No. CIV S-12-0964 EFB P

     vs.

WILLIAM E. KULKA, et al.,

      Defendants.              <u>ORDER</u>

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit a properly completed affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has submitted an application and trust account statement, but the documents submitted are over six years old, bearing a date of April 2006.

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

1

1  Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or a properly completed and timely application required by § 1915(a). The Clerk of
3 the Court is directed to mail to plaintiff a form application for leave to proceed in forma
4 pauperis. Failure to comply with this order will result in a recommendation that this action be
5 dismissed.
6  So ordered.
7 DATED: April 17, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE