IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

    Plaintiff,                               No. 2:12-cv-0964 EFB P

    vs.

ROBIN KEENEY,

    Defendant.                            <u>ORDER</u>

        Plaintiff is a state prisoner who proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On April 17, 2012, the court found that plaintiff's copy of his trust account statement submitted with his application to proceed *in forma pauperis* was over six years old and therefore failed to comply with 28 U.S.C. § 1915(a)(2)'s requirement that the trust account statement encompass "the 6-month period immediately preceding the filing of the complaint . . . ."

////

////

////

1 Accordingly, the court ordered plaintiff to file a completed *in forma pauperis* application
2 together with a current certified copy of his prison trust account statement.  The order gave
3 plaintiff 30 days to file the required application and warned him that failure to do so may result
4 in this action being dismissed.
5     The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis*
6 affidavit with an updated trust account statement or otherwise responded to the court's order.
7     Accordingly, this action is dismissed without prejudice.
8 Dated:  June 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE